UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. DEUTSCH, | ) | NO. CV 16-02498-SJO (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RONALD RACKLEY, Warden of FSP, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 28, 2017.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE